UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-3227-GW-MAR                                                    Date:  April 15, 2022

Title:  *Israel Garcia-Mejia v. David Shinn*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: STATUS REPORT**

    Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody.  ECF Docket No. ("Dkt.") 1.  On February 8, 2022, this Court stayed consideration of Respondent's Motion to Dismiss until Petitioner's December 3, 2021, administrative proceedings have concluded.  Dkt. 14.  The Court also instructed Petitioner "to file a status report regarding Petitioner's appeal by March 8, 2022."  Id.

    To date, Petitioner has not filed any status report with the Court.

    Accordingly, Petitioner is ordered to show cause within **thirty (30) days** of the date of this Order why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with Court Orders.  See Fed. R. Civ. P. 41(b).

    To avoid dismissal, Plaintiff shall provide the Court with a status report regarding the status of the administrative proceedings.  Status reports should be filed every sixty (60) days even if the status of the proceedings has not changed since the previous report.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |