UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21-cv-3227-GW(MAR)                        Date:  August 3, 2022

Title:   *Israel Garcia-Mejia v. David Shinn*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: STATUS REPORT**

     Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody.  ECF Docket No. ("Dkt.") 1.  On February 8, 2022, this Court stayed consideration of Respondent's Motion to Dismiss until Petitioner's December 3, 2021, administrative proceedings have concluded.  Dkt. 14.  The Court also instructed Petitioner "to file a status report regarding Petitioner's appeal by March 8, 2022."  Id.

     Petitioner failed to file a status report by March 8, 2022.  Therefore, on April 15, 2022, the Court ordered Petitioner to show cause why the case should not be dismissed for failure to prosecute.  Dkt. 15.  The Court ordered Plaintiff to provide the Court with a status report regarding the status of the administrative proceedings "every sixty (60) days even if the status of the proceedings has not changed since the previous report."  Id.

     Petitioner filed a status report on April 20, 2022, explaining that an appeal with the General Counsel was pending and affirming that Petitioner would file a status report within sixty (60) days of the Court's April 15 Order.  Dkt. 16 at 2.

     Over ninety (90) days have passed and Petitioner has yet to file a status report.

     Accordingly, Petitioner is ordered to show cause within **fourteen (14) days, by August 17, 2022,** why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with Court Orders.  See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |